No. 93–6304. GALAN *v.* GEGENHEIMER ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–6311. MITCHELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6312. MANS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6335. ABATE *v.* AVENENTI ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–6340. CORETHERS *v.* STATE OF OHIO PROSECUTOR ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6341. CUMMINGS *v.* HUGHES ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6342. ANDERSON *v.* DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–6347. THORNE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–6349. BROOKS *v.* BERGMAN. C. A. 7th Cir. Certiorari denied.

No. 93–6357. SWENSON *v.* TRICKEY, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–6358. DEGLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–6359. WIATER *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 93–6368. TISDALE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6386. CASTRO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6387. BROCKSMITH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6394. RIDEOUT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.